
589448

| | |
|---|---|
| **U.S. DISTRICT COURT, SOUTHERN DIST. NEW YORK** | INDEX NO: 0290/08<br>FILE DATE:<br>ATTY: MICHAEL SAMUEL, ESQ.<br>38 WEST 32ND STREET<br>SUITE 1210<br>NEW YORK, NY 10001 |

STATE OF NEW YORK: COUNTY OF NEW YORK

EPS No: 569069
Attorney File No:
Batch No: 0

**MIGUEL SAMPEDRO, INDIVIDUALLY ET AL**                                                **Plaintiff(s)**

- against -

**264 W 40 FOOD LLC, D/B/A TELEON CAFE, ET AL**                                **Defendant(s)**

---

### STATE OF NEW YORK, COUNTY OF QUEENS: SS:

ROBERT CRANDALL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 2/1/2008 at 2:18PM at 264 WEST 40TH STREET, NEW YORK, NY 10018, deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on 264 W. 40 FOOD LLC D/B/A TELEON CAFE. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

### CORPORATION

By delivering to and leaving with 264 W. 40 FOOD LLC D/B/A TELEON CAFE and that the deponent knew the person so served to be the GENERAL AGENT, "JOHN DOE", AUTHORIZED TO ACCEPT ON BEHALF of the corporation.

**A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:**

| | | |
|---|---|---|
| Approximate age: **35** | Approximate weight: **175** | Approximate height: **5'10"** |
| Color of skin: **BROWN** | Color of hair: **BLACK** | Sex: **M** |

Sworn to before me on __2/2/2008__

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2009 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**


589451

| | |
|---|---|
| **U.S. DISTRICT COURT, SOUTHERN DIST. NEW YORK** | **INDEX NO:** 0290/08<br>**FILE DATE:**<br>**ATTY:** MICHAEL SAMUEL, ESQ.<br>38 WEST 32ND STREET<br>SUITE 1210<br>NEW YORK, NY 10001 |

STATE OF NEW YORK: COUNTY OF NEW YORK

**EPS No:** 569069
**Attorney File No:**
**Batch No:** 0

**MIGUEL SAMPEDRO, INDIVIDUALLY ET AL**                                           **Plaintiff(s)**

- against -

**264 W 40 FOOD LLC, D/B/A TELEON CAFE, ET AL**                                   **Defendant(s)**

---

### STATE OF NEW YORK, COUNTY OF QUEENS: SS:

ROBERT CRANDALL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 2/1/2008 at 2:18PM at 264 WEST 40TH STREET, NEW YORK, NY 10018, deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on PETROS ("PETER") SKONDERIKLIS. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

### SUITABLE AGE PERSON
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person.
By delivering a true copy of the thereof to and leaving with "JOHN DOE", WHO REFUSED TO GIVE NAME,CO-WORKER a person of suitable age and discretion at 264 WEST 40TH STREET, NEW YORK, NY 10018, the said premises being the defendants Place of Business within the State of New York.

### MAILING  First Class Mail
Deponent completed service under the last two sections by depositing 1 Copy of the SUMMONS & COMPLAINT IN A CIVIL ACTION to PETROS ("PETER") SKONDERIKLIS at 264 WEST 40TH STREET, NEW YORK, NY 10018 in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York on 2/6/2008 via First Class Mail.The mailing was made to the address bearing 'PERSONAL & CONFIDENTIAL' and    NP
not indicating 'LEGAL ACTION'.

### A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

| Approximate age: **35** | Approximate weight: **175** | Approximate height: **5'10"** |
|---|---|---|
| Color of skin: **BROWN** | Color of hair: **BLACK** | Sex: **M** |

**Military Service** ☒ Upon information and belief I aver that the defendant is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

0965171

FEB 1 4 2008
Sworn to before me on _____

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2009 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**