**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SAMUEL & STEIN**
David Stein (DS 2119)
Michael Samuel (MS 7997)
38 West 32nd Street
Suite 1210
New York, New York 10001
(212) 563-9884
Attorneys for Plaintiff,
Miguel Sampedro

| | |
|---|---|
| Miguel Sampedro, Individually and on Behalf of All Other Persons Similarly Situated<br><br>Plaintiffs,<br><br>– vs. –<br><br>264 W 40 Food LLC, d/b/a Teleon Café, Petros ("Peter") Skonderiklis, and Jimmy Boyasky,<br><br>Defendants. | CASE NO. 08-CV-0290 (GEL)<br><br>**REQUEST FOR ENTRY OF DEFAULT** |

   Plaintiffs Miguel Sampedro, individually and on behalf of all other persons similarly situated, by and through their undersigned attorneys, request that the Clerk of Court enter the default of defendants 264 W 40 Food LLC, d/b/a Teleon Café, and Petros ("Peter") Skonderiklis, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend, as described in the supporting Attorney certification.

Dated:  February 22, 2008

_____
David Stein

<u>CERTIFICATION OF SERVICE</u>

The undersigned hereby certifies that on this date, I caused the foregoing Request for Entry of Default, Proposed Entry of Default, and supporting Attorney Certification to be served upon defendants 264 W 40 Food LLC, d/b/a Teleon Café, and Petros ("Peter") Skonderiklis by first class mail via the U.S. Postal Service at the following address:

      264 W 40 Food LLC, d/b/a Teleon Café
      264 West 40th Street
      New York, New York 10018

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.


                                   _____
                                     David Stein
Dated:  February 22, 2008

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SAMUEL & STEIN**
David Stein (DS 2119)
Michael Samuel (MS 7997)
38 West 32nd Street
Suite 1210
New York, New York 10001
(212) 563-9884
Attorneys for Plaintiff,
Miguel Sampedro

| | |
|---|---|
| Miguel Sampedro, Individually and on Behalf of All Other Persons Similarly Situated<br><br>         Plaintiffs,<br><br>         – vs. –<br><br>264 W 40 Food LLC, d/b/a Teleon Café, Petros ("Peter") Skonderiklis, and Jimmy Boyasky,<br><br>         Defendants. | CASE NO. 08-CV-0290 (GEL)<br><br>**CERTIFICATION OF COUNSEL IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |

I am the attorney for plaintiffs Miguel Sampedro, individually and on behalf of all other persons similarly situated, in the above-entitled matter and am actually entrusted with the handling of this action, and I make this certification in support of plaintiffs' request for entry of default.

1. This action was commenced by filing summons and complaint with the District Court on or about January 14, 2008.

2. Defendant 264 W 40 Food LLC, d/b/a Teleon Café, was served with the summons and complaint in this matter by leaving the documents at its principal place of business, 264 West 40th Street, New York, New York 10018, on February 1, 2008, with defendant's general agent who was authorized to accept the documents on defendant's behalf, as per the previously filed Affidavit of Service in this matter.

3. Defendant Petros ("Peter") Skonderiklis was served with the summons and complaint in this matter by leaving the documents at his place of business in New York, namely 264 W 40 Food LLC, d/b/a Teleon Café, located at 264 West 40th Street, New York, New York 10018, with a person of suitable age and discretion, on February 1, 2008, and by sending the documents via first class mail on February 6, 2008, as per the previously filed Affidavit of Service in this matter.

4. Affidavits of Service were filed with the District Court via Electronic Case Filing on February 19, 2008.

5. Defendants 264 W 40 Food LLC, d/b/a Teleon Café, and Petros ("Peter") Skonderiklis have failed to plead or otherwise answer or respond within the time specified by the Federal Rules of Civil Procedure.

3

6. I certify that the above statements made by me are
   true.   I am aware that if any of the foregoing
   statements made by me are willfully false, I am
   subject to punishment.

Dated:  February 22, 2008

 

_____

David Stein

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SAMUEL & STEIN**
David Stein (DS 2119)
Michael Samuel (MS 7997)
38 West 32nd Street
Suite 1210
New York, New York 10001
(212) 563-9884
Attorneys for Plaintiff,
Miguel Sampedro

| | |
|---|---|
| Miguel Sampedro, Individually and on Behalf of All Other Persons Similarly Situated | CASE NO. 08-CV-0290 (GEL) |
| Plaintiffs, | |
| – vs. – | **DEFAULT** |
| 264 W 40 Food LLC, d/b/a Teleon Café, Petros ("Peter") Skonderiklis, and Jimmy Boyasky, | |
| Defendants. | |

It appearing that the above-named defendants have failed to plead or otherwise defend this action though duly served with summons and complaint as shown by the Affidavits of Service filed with the Court, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Entry of Default against 264 W 40 Food LLC, d/b/a Teleon Café and Petros ("Peter") Skonderiklis is herein noted and entered on this _____ day of February, 2008.

Dated: February _____, 2008

J. MICHAEL McMAHON, Clerk, USDC

_____
Deputy Clerk: