```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Miguel Sampedro, Individually and on Behalf of
All Other Persons Similarly Situated,

                     Plaintiff,

- against -

162 W Restaurant LLC d/b/a Telcon Cafe,
Pedros ("Peter") Skonderiklis, and Jimmy Boyasky,

                     Defendant.

08 CV. 0290 (GEL)

**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the following action be discontinued with prejudice. Each party shall bear its own costs in this action.

Dated: New York, New York
       March . 2008

SAMUEL & STEIN

By: _____
    Michael Samuel, Esq. (MS-7997)

*Attorneys for Plaintiffs*
38 West 32nd Street, Suite 1210
New York, New York 10001
(212) 563-9884

WISEMAN & HOFFMANN

By: _____
    Andrew S. Hoffmann, Esq. (ASH-5517)

*Attorneys for Defendants*
460 Park Avenue South, 4th Floor
New York, New York 10016
(212) 686-2110

So Ordered: _____
            U.S.D.J.
            4/10/08